UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ADAM NOMINEE, on behalf of himself and others similarly situated, | ) ) ) | CASE NO. 3:18cv910 |
| Plaintiff, | ) ) ) | JUDGE JACK ZOUHARY |
| v. | ) ) | |
| WEBSTER INDUSTRIES, INC., | ) ) ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

Plaintiff Adam Nominee and Defendant Webster Industries, Inc., in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this action, with each party to bear its own expenses, costs and attorneys' fees. Further, this Court approves the parties' settlement agreement, attached as a sealed document, as fair and reasonable. This Court retains jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

*s/ Jack Zouhary*
JUDGE JACK ZOUHARY

APPROVED

| | |
|---|---|
| /s/ Hans A. Nilges | /s/ Jaime U. Kolligian (per e-mail authority) |
| Shannon M. Draher (0074304) | James P. Wilkins (0017517) |
| sdraher@ohlaborlaw.com | jwilkins@kwwlaborlaw.com |
| Hans Nilges (0076017) | Jaime U. Kolligian (#0082083) |
| hans@ohlaborlaw.com | jkolligian@kwwlaborlaw.com |
| NILGES DRAHER LLC | KASTNER WESTMAN & WILKINS, LLC |
| 7266 Portage Street, NW, Suite D | 3550 West Market Street, Suite 100 |
| Massillon, OH  44646 | Akron, OH  44333 |
| (330) 470-4428 (Phone) | Phone:  (330) 867-9998 |
| (330) 754-1430 (Fax) | Fax:  (330) 867-3786 |
| | |
| *Attorneys for Plaintiff,* | *Counsel for Defendant,* |
| *Adam Nominee* | *Webster Industries, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June 2018, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Hans A. Nilges*
Hans Nilges (0076017)
*Counsel for Plaintiffs*